■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAGOBERTO REYES, Also Known as DAGOBERTO CONDE-REYES, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County (Kuffner, J.), imposed June 3, 1987.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARK G. SMITH, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mallon, J.), rendered October 15, 1986, convicting him of grand larceny in the third degree and unauthorized use of a motor vehicle in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The sentencing court afforded the defendant an opportunity to state the basis for his application to withdraw his plea of guilty and, in our view, the defendant failed to demonstrate the existence of facts sufficient to warrant such relief (see generally, People v Tinsley, 35 NY2d 926; People v Matta, 103 AD2d 756). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.